IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **SOFTECH WORLDWIDE, LLC.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **INTERNET TECHNOLOGY** ) <br> **BROADCASTING CORP.**, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:10-CV-651(JCC/TRJ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated between plaintiff Softech Worldwide, LLC ("Softech") and defendant FedStore Corporation ("FedStore"), with the consent of defendant Internet Technology Broadcasting Corporation, that this action is dismissed with prejudice as to FedStore, with Softech and FedStore to bear their own costs and fees.

Dated: February 11, 2011

_____/s/_____  _____/s/_____
M. Keith Blankenship (VSB #70027)   David Alan Warrington(VSB #72293)
GENERAL COUNSEL, PC   FISKE & HARVEY, PLLC
6862 Elm Street, Suite 800   100 N. Pitt Street, Suite 206
McLean, VA 22101   Alexandria, VA 22314
Telephone:  (703) 556-0411   Telephone: (703) 518-9910
Facsimile:   (703) 556-6540   Facsimile: (703) 518-9931
kblankenship@generalcounsellaw.com   dwarrington@fiskeharvey.com
*Counsel for Plaintiff*   *Counsel for Defendant*
*Counsel for Softech Worldwide, LLC*   *Fedstore Corporation*

_____/s/_____
Rhett Petcher (VSB #65826)
SEYFARTH SHAW LLP
975 F St., NW
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393
rpetcher@seyfarth.com
*Counsel for Defendant*
*Internet Technology Broadcasting Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2011, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

                                            /s/
                                David Alan Warrington