IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **SOFTECH WORLDWIDE, LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:10-CV-651(JCC/TRJ)** |
| **v.** | ) | |
| | ) | |
| **INTERNET TECHNOLOGY** | ) | |
| **BROADCASTING CORP.,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated between plaintiff Softech Worldwide, LLC ("Softech") and defendant FedStore Corporation ("FedStore"), with the consent of defendant Internet Technology Broadcasting Corporation, that this action is dismissed with prejudice as to FedStore, with Softech and FedStore to bear their own costs and fees.

Dated: February 11, 2011

_____/s/_____
M. Keith Blankenship (VSB #70027)
GENERAL COUNSEL, PC
6862 Elm Street, Suite 800
McLean, VA 22101
Telephone: (703) 556-0411
Facsimile: (703) 556-6540
kblankenship@generalcounsellaw.com
*Counsel for Plaintiff*
*Counsel for Softech Worldwide, LLC*

_____/s/_____
David Alan Warrington(VSB #72293)
FISKE & HARVEY, PLLC
100 N. Pitt Street, Suite 206
Alexandria, VA 22314
Telephone: (703) 518-9910
Facsimile: (703) 518-9931
dwarrington@fiskeharvey.com
*Counsel for Defendant*
*Fedstore Corporation*

So Ordered:

_____/s/_____
James C. Cacheris
United States District Judge

_____/s/_____
Rhett Petcher (VSB #65826)
SEYFARTH SHAW LLP
975 F St., NW
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393
rpetcher@seyfarth.com
*Counsel for Defendant*
*Internet Technology Broadcasting Corporation*