IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SOFTECH WORLDWIDE, LLC,
a Virginia limited liability company,

        Plaintiff,                   Case No. 1:10-CV-651JCC/TRJ

v.

INTERNET TECHNOLOGY
BROADCASTING CORPORATION,
*et al.*

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulation of Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Softech Worldwide LLC and defendant Internet Technology Broadcasting Corporation, et al., in this case, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted by in this suit by plaintiff, Softech Worldwide LLC, against defendant Internet Technology Broadcasting Corporation, are hereby dismissed with prejudice, subject to the terms of a settlement agreement between the parties dated July 11, 2011. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: 9/29/11

/s/
James C. Cacheris
United States District Judge
United States District Judge